**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James E. THORNTON, Defendant–
Appellant.**

No. 07–10716
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 21, 2008.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and PRYOR, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for James E. Thornton in this direct criminal appeal, has moved to withdraw from further representation and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record confirms that there are no issues of arguable merit on appeal. Therefore, counsel's motion to withdraw is GRANTED, and Thornton's convictions and sentences are AFFIRMED.